```
                                                    FILED
                                                07 MAY 17 PM 1:40
                                              CLERK, U.S. DISTRICT COURT
                                           SOUTHERN DISTRICT OF CALIFORNIA

              UNITED STATES DISTRICT COURT
                                              BY: CP        DEPUTY
              SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEXANDER CHOI,<br><br>                Defendant. | Criminal Case No. 03cr2389-BTM<br><br>ORDER RE: CJA VOUCHER |

    This matter came before the court on the application of Frank Murphy, Esq. for approval of his combined CJA vouchers in the amount of $2,497.00 in fees for representing a defendant in the above-captioned case. 18 U.S.C. § 3006A(d)(2) provides that the maximum fee for representation of a defendant in a supervised release violation is $1,500.00 unless the court finds that the representation was extended or complex.

    After reviewing the record and Mr. Murphy's letter dated April 13, 2007, the court finds that the representation was in an extended or complex case and that the amount requested is necessary to provide fair compensation. <u>See</u> 18 U.S.C. § 3006(A)(d)(3). Therefore the district court approves the combined vouchers in the amount of $2,497.00 in fees.

    Approval of such payment by the Chief Judge of the Ninth Circuit, or one of her delegates, is also necessary.

**IT IS SO ORDERED.**

Dated: May 16, 2007

                                      HONORABLE BARRY TED MOSKOWITZ
                                           United States District Judge